IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.: 09-002-02 |
| HON PHOCK | : | |

### ORDER

AND NOW, this 13th day of S̲u̲l̲y̲, 2010, upon consideration of the Government's motion to dismiss without prejudice Count Two of the indictment as to defendant Hon Phock, it is hereby

ORDERED

that Count Two of Indictment No. 09-002 as to defendant Hon Phock is hereby dismissed.

BY THE COURT:

_____
HONORABLE PAUL S. DIAMOND
*Judge, United States District Court*

9/13/10

CC: C. Sykes
T. Pawelski